ROBERT C. BRISTOL, appellant, v. JOHN F. PHILLIPS, appellee.

*Appeal from Cook.*

Where a judge of a Circuit Court refused to sign a bill of exceptions tendered to him in a cause, and the Supreme Court awarded a writ of *mandamus* against him, to compel him to sign the bill, which he refused to obey, and he was attached for contempt of the Supreme Court, in disobeying its process, the Supreme Court, he having in the mean time resigned his office of judge, directed the bill of exceptions to be taken as true, and to have the same effect as though signed and sealed by the judge.

THE facts upon which this motion was predicated appear in the case of The People v. Pearson, 2 Scam. 189, and *Ante* 270–286.

J. YOUNG SCAMMON, for the appellant, moved that the bill of exceptions tendered to the judge in this cause, be taken and considered as true, and be allowed the same effect as though signed and sealed, the appellant having exhausted his remedies against the judge, and the correctness of the bill not having been denied by either the appellee or the judge.

·*Per curiam:* In this case it is understood that the parties admit the truth of the bill of exceptions. The motion is granted. The bill of exceptions will be taken and considered as a part of the record.

*Motion granted.*